IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TILLMAN NORTH, #252941, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:10-CV-206-TMH |
| ) | [WO] |
| ) | |
| OFFICER LEWIS, ) | |
| ) | |
| Defendant. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On March 9, 2010, Tillman North ["North"], a state inmate and frequent litigant in this court, filed the instant 42 U.S.C. § 1983 action regarding an allegedly improper search conducted by an officer Lewis at some time during North's confinement at the Elmore Correctional Facility. Upon review of the documents filed by the parties, the court deemed it necessary that North file an amendment to the complaint and therefore entered an order directing him to undertake such action on or before May 3, 2010. *Order of April 19, 2010 - Court Doc. No. 9*. North filed nothing in response to the aforementioned order. Consequently, the court entered an order requiring "that on or before May 25, 2010 the plaintiff ... show cause why he has failed to file an amendment to his complaint in compliance with the directives of the order entered on April 19, 2010 (Court Doc. No. 9)." *Order of May 12, 2010 - Court Doc. No. 10*. The court specifically cautioned North that his "fail[ure] to file requisite responses to the orders entered herein" would result in entry of a Recommendation "that this case be dismissed for such failure." *Id*.

As of the present date, North has failed to file an amendment to his complaint or any other response in compliance with the orders of this court. The court therefore concludes that

this case should be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to file an amendment to the complaint in accordance with the directive of the orders entered in this case. It is further

ORDERED that on or July 2, 2010 the parties may file objections to the Recommendation. Any objection must specifically identify the findings in the Recommendation objected to. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings in the Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc), adopting as binding precedent all decisions of the former Fifth Circuit issued prior to September 30, 1981.

Done, this 18th day of June, 2010.

/s/ Susan Russ Walker  
SUSAN RUSS WALKER  
CHIEF UNITED STATES MAGISTRATE JUDGE