IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TILLMAN NORTH, #252941, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:10cv206-TMH |
| | ) |
| OFFICER LEWIS, | ) |
| | ) |
| Defendants. | ) |

**ORDER AND OPINION**

On June 18, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 11). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is DISMISSED without prejudice for failure of the plaintiff to file an amendment to the complaint in accordance with the directive of the orders entered in this case.

Done this the 16th day of September, 2010.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE